## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOEL DUDLEY | No. 2:13-cr-00004-GZS<br>No. 2:13-cr-00116-GZS |

## PROTECTIVE ORDER

This matter, having come before the Court on the Government's Motion for a Protective Order, and the Court, having considered the motion, and being advised in this matter, hereby enters the following PROTECTIVE ORDER:

1. **Scope**. This Protective Order governs all material containing witness identifying information and witness statements, as identified by the government, in any format (written or electronic), and information contained therein, that is produced by the government as discovery in the above captioned cases.

2. **Designation of Material Subject to this Protective Order.** To designate Asensitive@ material covered by this Protective Order, the United States shall so designate on the printed material, in an accompanying cover letter, on a diskette cover or label: ASENSITIVE INFORMATION- SUBJECT TO PROTECTIVE ORDER.@

3. **Production**. The United States will make available copies of protected discovery materials, including those filed under seal, to defense counsel to comply with the government's discovery obligations. Possession of copies of the discovery materials produced pursuant to this order is limited to the attorney of record, and investigators, paralegals, law clerks, experts and assistants for the

1

attorney of record (hereinafter collectively referred to as members of the defense team).

4. **Further Dissemination Prohibited.** The attorney of record and members of the defense team may display and review the subject protected discovery materials with the defendant. The attorney of record and members of the defense team acknowledge that providing copies of the protected discovery materials to the defendant and other persons is prohibited, and agree not to duplicate or provide copies of discovery materials to the defendant and other persons.

5. **Rule 16.** Nothing in this order should be construed as imposing any discovery obligations on the government or the defendant that are different from those imposed by case law and/or Rule 16 of the Federal Rules of Criminal Procedure, and the Local Criminal Rules.

6. **Court filings**. Any discovery material, or information contained therein, that is filed with the Court in connection with motions, the final revocation hearing, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court. This does not entitle either party to seal their filings as a matter of course. The parties are required to comply in all respects with the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents. The specific procedures for use of designated confidential documents during any hearing or the trial of this matter shall be determined by the parties and the Court in advance of the final revocation hearing.

7. **Duration**. The provisions of this Order shall not terminate at the conclusion of this prosecution.

8. **Return of Subject Materials**. Any discovery materials provided pursuant to this Order shall be returned to the United States Attorney's Office, including all copies, within ten days of the completion of the case before the Court or, if an appeal is taken, within ten days of the completion of the case in the United States Court of Appeals for the First Circuit or Supreme Court of the United States.

9. **Modification Permitted.** Nothing in this Order shall prevent any party from seeking modification of this Protective Order or from objecting to discovery that it believes to be otherwise improper.

10. **No Waiver**. The failure to designate any materials as provided in paragraph 2 shall not constitute a waiver of a party=s assertion that the materials are covered by this Protective Order.

11. **No Ruling on Discoverability or Admissibility**. This Protective Order does not constitute a ruling on the question of whether any particular material is properly discoverable or admissible and does not constitute any ruling on any potential objection to the discoverability of any material.

SO ORDERED.

      /s/ George Z. Singal
      United States District Judge

Dated this 28th day of February, 2023.